IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| KENNON BRADFORD, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> MARTY C. ANDERSON, Warden, ) <br> United States Medical Center for ) <br> Federal Prisoners, ) <br> ) <br> Respondent. ) | Civil Action <br> No. 08-3058-CV-DGK-H |

## ORDER AND JUDGMENT

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the petition herein for a writ of habeas corpus was referred to the United States Magistrate for preliminary review under the provisions of 28 U.S.C. § 636(b).

The United States Magistrate has completed his preliminary review of the petition and has submitted to the undersigned a report and recommendation that the petition be dismissed without prejudice.

Petitioner has filed a Report to the Court, stating no exceptions will be filed to the Report and Recommendation of the United States Magistrate Judge. Petitioner reports that the issues raised in his petition were decided favorably and he was returned to general population at the United States Medical Center for Federal Prisoners. Additionally, petitioner reports that the medical issues raised in the petition are being addressed in *Bradford v. Anderson*, Case No. 08-3126-CV-S-DGK-H. No further proceedings will therefore be required in this case.

Therefore, after a de novo review of the report and recommendation and the files and records in this case, it is concluded that the findings of fact, conclusions of law, and proposed actions of the Magistrate are correct and should be approved. It is therefore

ORDERED that petitioner be, and he is hereby, denied leave to proceed in forma pauperis; it is further

ADJUDGED that the petition herein for a writ of habeas corpus be, and it is hereby, dismissed without prejudice.

    /s/ Greg Kays
    GREG KAYS, JUDGE
    UNITED STATES DISTRICT COURT

Date: October 15, 2008